UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

                                 Criminal No. 22-mj-30476

v.

Timothy Allen Teagan,

      Defendant

_____/

**MOTION AND ORDER TO UNSEAL THE
COMPLAINT AND ARREST WARRANT**

   The United States of America requests the court to unseal the Complaint,

Arrest Warrant, and all attendant papers for the following reasons:

1.  That the defendant has been arrested on the complaint by law enforcement

    officers.

2.  That the United States is no longer apprehensive that the defendant may flee

prior to appearance on the complaint.

Respectfully submitted,

Dawn N. Ison
United States Attorney

*s/Saima Mohsin*
Saima Mohsin P73990
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
saima.mohsin@usdoj.gov
(313) 226-9163

Dated: November 2, 2022

**IT IS SO ORDERED.**

s/Elizabeth A. Stafford
Elizabeth A. Stafford
United States Magistrate Judge

Entered: November 2, 2022